PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Melvin  **Docket Numbers:** 99-00560-002 & 00-0040-001
  **PACTS Number:** 25116

**Name of Sentencing Judicial Officer:** The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 02/26/2001

**Original Offense:** Conspiracy to Distribute More Than 100 Grams of Heroin & Robbery

**Original Sentence:** 108 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 06/24/2008

**Assistant U.S. Attorney:** Luis Valentin, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick Mullin, Esq., 25 Main Street, Suite 200, Hackensack, New Jersey 07601 (201) 488-5500

---

## PETITIONING THE COURT

[X]  To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On May 20, 2010, Melvin was arrested by officers of the Newark Police Department after he was found to be in possession of 10 zip lock bags of marijuana. Melvin was charged with possession of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-10A; manufacture/distribution of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-5; possession of a controlled dangerous substance on school property, in violation of 2C:35-7; and possession/distribution of a controlled dangerous substance within 500 feet of public housing, in violation of N.J.S.A. 2C:35-7.1 |
| 2 | The offender has violated the supervision conditions which state **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' and 'You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.'** |

PROB 12C - Page 2
Mark Melvin

On December 10, 2009, Melvin associated with his brother, Jihad, and another black male, known only as "Gutter," who were engaged in the distribution of marijuana from the offender's home located at 417 South 6th Street in Newark, New Jersey.

3   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Melvin failed to submit Monthly Supervision Reports for the following months: October, November, and December of 2008; January, February, April, May, July, August, September, October, November, and December of 2009; and January, March, and April of 2010.

4   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

Melvin failed to notify the probation office of changes in his residence and employment within the requisite 72 hours.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 05/24/2010

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: June 23, 2010
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 24, 2010
Date