UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | **ORDER** |
| MARK MELVIN | : | Crim. No. 99-00560 |

This matter having been opened to the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Christine I. Magdo, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Mark Melvin ("Defendant") (Kendal T. Coleman, Esq., appearing); and Defendant having pled guilty on September 20, 2010, to a violation alleged in the Petition filed by the United States Probation Office for the District of New Jersey on June 18, 2010; and the Court having considered the arguments of counsel for the parties on September 20, 2010, and for good cause shown,

**IT IS** on this 23rd day of September, 2010

**ORDERED** that, Defendant's supervised release is hereby **REVOKED**; and it is further,

**ORDERED** that, Defendant shall be remanded to the custody of the United States Bureau of Prisons to serve a term of imprisonment of 4 months; and it is further,

**ORDERED** that, following the 4-month term of imprisonment, the defendant shall serve a two-year term of supervised release, with the same terms and conditions as were applicable during his current term of supervised release.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge