# ORDER

Let the Writ Issue.

DATED: July 30, 2019

_____
Honorable Susan D. Wigenton
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of **Northern State Prison**

WE COMMAND YOU that you have the body of

## Mark Melvin – DOB 3/31/79 SBI 000311498C

now confined at Northern State Prison, 168 Frontage Rd, Newark, NJ 07114, brought before the United States District Court, before the Honorable Susan D. Wigenton, United States District Judge, in the Martin Luther King Jr. Courthouse Building, 50 Walnut Street, Newark, New Jersey, Courtroom 5C on **September 17, 2019 at 11:00 a.m.** so that the Detainee may appear for a Violation Hearing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: July 30, 2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. –**Mark Melvin – DOB 3/31/79 SBI 000311498C**

PETITION FOR
WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum    ( ) Ad Testificandum

**1. Mark Melvin – DOB 3/31/79 SBI 000311498C** (hereinafter the "Detainee") is now confined at Northern State Prison, 168 Frontage Rd, Newark, NJ 07114

2. The Detainee is charged in this District by: ( ) Indictment    ( ) Information

( ) Complaint with a violation of 21 U.S.C § 846.

**Violation Hearing**

3. The Detainee will be required to appear at the United States District Court, Martin Luther King Jr. Courthouse Bldg., 50 Walnut Street, Newark, New Jersey 07102, before the Honorable Susan D. Wigenton, United States District Judge on **September 17, 2019 at 11:00 a.m. for a Violation Hearing**, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

4. The Detainee will be returned to the custody of the detaining facility upon termination of that day's proceedings.

DATED: July 29, 2019

s/*Sean Sherman*
Sean M. Sherman, AUSA
Assistant U.S. Attorney
(973) 645-2733