## ORDER

Let the Writ Issue.

DATED: Oct. 8, 2019

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison

WE COMMAND YOU that you have the body of

MARK MELVIN, SBI Number 000311498C; DOB: 03/31/1979

in the custody of the Northern State Prison, 168 Frontage Road, Newark, NJ 07114, brought to the United States District Court, MLK Jr. Bldg. & U.S. Courthouse, Room 5C, Newark, New Jersey, before the Hon. Susan D. Wigenton, on **Tuesday, November 12, 2019, at 11:00 a.m.**, for a Violation of Supervised Release Hearing in the above-captioned case in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wgenton
United States District Judge
Newark, New Jersey

DATED: 10/8/19

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk